M. P. No. 76-109. ADOLFO P. DISANDRO, *d/b/a* CRAWFORD ELECTRIC CONSTRUCTION CO. *v.* NELSON CONSTRUCTION CO., INC. Motion of plaintiff for a stay is denied. Motion of defendant to dismiss the appeal is granted. *Griffin* v. *Rahill*, 112 R. I. 549, 313 A.2d 374 (1973); *Giarrusso* v. *Corrigan*, 108 R. I. 471, 276 A.2d 750 (1971). *Paul C. Borges*, for plaintiff. *Thomas W. Pearlman*, for defendant.

M. P. No. 76-116. STATE *v.* CARLOS BRAZ. Petition for writ of certiorari is denied. Bevilacqua, C. J., not participating. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff-respondent. *Hodosh, Spinella, Hodosh & Angelone, Ralph J. Gonnella*, for defendant-petitioner.

C. A. No. 75-54. STATE *v.* BRUCE LEONARDO. Motion of Public Defender to withdraw is granted, and Amato A. DeLuca is appointed to represent the defendant in the further prosecution of his appeal before Supreme Court.

The defendant is granted an extension of time for filing his brief and will be allowed to file it on or before May 19, 1976. Bevilacqua, C. J. not participating. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *Amato A. DeLuca*, for defendant.

Appeal No. 75-18. WILLIAM GRANGER *et al.* *v.* WALTER JOHNSON. Motion to reargue is granted, and the matter is assigned to the May, 1976 Calendar for oral argument. Bevilacqua, C. J. not participating. *Blais, Cunningham, Thayer, Gagnon & Ross, Ronald R. Gagnon*, for plaintiffs. *Francis J. O'Brien*, for defendant.